THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Charles Shannon Jordan, Appellant.
 
 
 

Appeal From Richland County
 G. Edward Welmaker, Circuit Court Judge

Unpublished Opinion No.  2005-UP-384
Submitted June 1, 2005  Filed June 14, 2005

APPEAL DISMISSED

 
 
 
 Acting Chief Attorney Joseph L. Savitz, III , Office of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott , Office of the Attorney General and Solicitor Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Charles Shannon Jordan pled guilty to armed robbery, grand larceny of a motor vehicle over $5000, use of a firearm during commission of a violent crime, and simple possession of marijuana.  The trial court sentenced him to fifteen years imprisonment for armed robbery, five years each for the charges of grand larceny and use of a firearm during commission of a violent crime, and thirty days for the charge of simple possession of marijuana, with all of the sentences to run concurrently.  Jordans counsel attached to the final brief a petition to be relieved as counsel stating she had reviewed the record and concluded this appeal lacked merit.  Jordan did not file a pro se response.  We dismiss pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991).  Counsels petition to be relieved is granted.1
APPEAL DISMISSED.  
GOOLSBY, HUFF, and KITTREDGE, JJ., concur. 

1 We decide this case without oral argument pursuant to Rule 215, SCACR.